# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

GUSTAVE J. LEHMANN, III,
GUSTAVE J. LEHMANN, IV,
NATALIE A. DEWEY AND SHAUN
MICHAEL

VERSUS

LAPORTE TRUCKING COMPANY,
LLC, NATIONAL CASUALTY
INSURANCE AND THE STATE OF
LOUISIANA, THROUGH THE
DEPARTMENT OF TRANSPORTATION
AND DEVELOPMENT

NO.  2026 CW 0925

AUGUST 5, 2026

---

In Re:  State of Louisiana, through the Department of Transportation and Development, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 201813103.

---

BEFORE:  **WOLFE, STROMBERG, AND BALFOUR, JJ.**

**WRIT DISMISSED.** Pursuant to correspondence from counsel for relator, advising that the parties have reached a settlement agreement in this matter and requesting this writ application be withdrawn, the writ is dismissed.

**EW**
**TPS**
**KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT